# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED
ASHEVILLE, N.C.
JAN 16 2007
U.S. DISTRICT COURT
W. DIST. OF N.C.

| |
|---|
| IN RE: ASBESTOS PRODUCT LIABILITY LITIGATION<br>CIVIL ACTION NO.: MDL 875 |
| This Document Relates to the Following Cases in the<br>UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA |
| CIVIL ACTION NO. = 5:98-CV-29-T<br>HORRACE DEAN ALLISON, et al.,<br>Plaintiff,<br>v.<br>A.W. CHESTERTON, et. al. (including 3M),<br>Defendants. |
| CIVIL ACTION NO. = 1:99-CV-268-T<br>STEVE E. ASHE<br>FRANK H. BARTON<br>HOMER R. BLYTHE<br>BEN AND FLORA MAE McCALL BOLT<br>FRED C. BRYSON<br>ALLEN E. CHAPMAN<br>DAVID H. CORN<br>ROBERT H. AND MARIAN CROWE<br>DANNY L. DUCKWORTH<br>EDNA MAE FEWELL<br>CARROLL D. FLETCHER<br>WILLIAM M. GADDY, SR.<br>JAMES C. GOFORTH |

FILED JAN 22 2007

**ORDER GRANTING THE DISMISSAL OF DEFENDANT 3M COMPANY a/k/a MINNESOTA MINING & MANUFACTURING COMPANY**

*Ashe* (signature)

CLAUSE S. GOODSON

ROBERT P. AND DORIS PAT GRANT

LARRY W. GREGORY

WILLIAM H. HALL, JR.

WILLIE E. HARRON

RICHARD L. HISSA

DOUGLAS L. JARRETT

MAGGIE C. KRIDER, personal representative of the Estate of Thomas Krider, Sr.

JAMES T. MAHONEY, JR.

ERNEST R. MANEY

BENJAMIN F. MCCALL

FRANKLIN L. MCCALL

JAMES D. MCCALL

SHERRELL P. MCCRARY

WILLIAM P. MCKELVEY

JOHN A. AND BETTY N. MICHAEL

JIMMY G. AND LINDA MILLER

BENNY L. MOONEY

WILLIAM H. MOONEY, SR.

GEORGE H. NEWMAN

CARROLL F. OWEN

MARY M. OWEN

PHILLIP E. OWENS

ROSCOE H. PONDER

JOE B. AND JUNE KESTER ROGERS

REMUS L. AND SHIRLEY O. ROPER

PAUL D. SEAGLE

DOUGLAS G. AND CINDY SENTELLE

VANCE F. SHOOK

VANCE R. SHOOK

NETTIE L. SITTON
BRUCE D. SMITH
ROBERT A. SMITH
BRADLEY H. SNIPES
FRANK A. AND RUBY STEVENS
ALBERT W. WILLIAMS,

        Plaintiffs,

v.

A.W. CHESTERTON, et. al. (3M),

        Defendants.

CIVIL ACTION NO. = 3:99-CV-22-T

ROBERT LEE BALDWIN
KENNETH RAY BLANTON
HAROLD T. BLYTHE
EARL G. HESS
CALVIN MCCASKILL
OSWALD HENRY PADGETT
JERRY D. PAYNE
ERVIN F. AND MARY SCHMIDT
RAY AND REBECCA STARNES
BOBBY TATE
BEN J. TATE, JR.
LULA K. TOLBERT, personal representative of the Estate of Clyde Lee Tolbert
ROBERT N. TOMLIN,

        Plaintiffs,

v.

A.W. CHESTERTON, et. al. (3M),

        Defendants.

| |
|---|
| CIVIL ACTION NO. = 5:00-CV-79-T |
| BOBBY AND CAROLYN BEAM, |
| Plaintiffs, |
| v. |
| A.W. CHESTERTON, et. al. (3M), |
| Defendants. |

| |
|---|
| CIVIL ACTION NO. = 1:99-CV-193T |
| LARRY E. AND MADGELINE BLANTON |
| ZENO FRANKLIN BURT |
| RAYMOND LEE BASINGER, |
| Plaintiffs, |
| v. |
| A.W. CHESTERTON, et. al. (3M), |
| Defendants. |

| |
|---|
| CIVIL ACTION NO. = 1:06-CV-10 |
| HUBERT T. BROWN and Spouse |
| JUNE S. BROWN, |
| Plaintiffs, |
| v. |
| A.W. CHESTERTON, et. al. (3M), |
| Defendants. |

| |
|---|
| CIVIL ACTION NO. = 1:06-CV-17 |
| HEYWARD J. CANTRELL AND SPOUSE |
| MARCIA CANTRELL, |
| Plaintiffs, |
| v. |
| A.W. CHESTERTON, et. al. (3M), |
| Defendants. |

| |
|---|
| CIVIL ACTION NO. = 1:05-CV-317<br>CLARENCE J. DECK AND SPOUSE<br>WANDA DECK,<br><br>                              Plaintiffs,<br><br>v.<br><br>A.W. CHESTERTON, et. al. (3M),<br><br>                              Defendants. |
| CIVIL ACTION NO. = 3:99-CV-140-T<br>ANTHONY W. FOLDEN AND SPOUSE<br>TAMMY LYNN FOLDEN,<br><br>                              Plaintiffs,<br><br>v.<br><br>A.W. CHESTERTON, et. al. (3M),<br><br>                              Defendants. |
| CIVIL ACTION NO. = 1:05-CV-325<br>STEVE HANAK, JR. AND SPOUSE<br>BARBARA HANAK,<br><br>                              Plaintiffs,<br><br>v.<br><br>A.W. CHESTERTON, et. al. (3M),<br><br>                              Defendants. |
| CIVIL ACTION NO. = 1:06-CV-37<br>WARREN K. HANCOCK,<br><br>                              Plaintiff,<br><br>v.<br><br>A.W. CHESTERTON, et. al. (3M),<br><br>                              Defendants. |
| CIVIL ACTION NO. = 1:06-CV-37<br>WARREN K. HANCOCK,<br><br>                              Plaintiff,<br><br>v.<br><br>A.W. CHESTERTON, et. al. (3M),<br><br>                              Defendants. |

CIVIL ACTION NO. = 1:06-CV-137
DARRYL M. HUTCHINS,

Plaintiff,

v.

A.W. CHESTERTON, et. al. (3M),

Defendants.

CIVIL ACTION NO. = 1:99-CV-149-T
CLYDE R. MCALISTER

DAVID ALLRED AND SPOUSE,

JOYCE M. ALLRED

ROBERT E. ASPRAY

KRIDER F. BARBER

WALTER P. BROWN

WILLIAM W. CAMERON, SR.

FRED CHAPMAN, SR.

BANKS R. ELLIS

OSCAR N. ELLIS

JAMES FAULKNER AND SPOUSE
CHRISTINE FAULKNER

JULIUS H. GREEN, SR.

LANIER E. MATTHEWS

ROBERT D. MCCAIN

HAYDEN C. MILLER

CHARLES B. PARKER

ROBERT C. PARKER

DONALD E. PETTY

FRANKLIN W. POOLE

O'NEAL PRINCE

CHARLES B. RABY

WILLIAM L. STROTHER

JAMES W. THORNTON,

                                        Plaintiffs,

v.

A.W. CHESTERTON, et. al. (3M),

                                        Defendants.

---

CIVIL ACTION NO. = 1:05-CV-267
ALEXANDER MCCORMICK,

                                        Plaintiffs,

v.

A.W. CHESTERTON, et. al. (3M),

                                        Defendants.

CIVIL ACTION NO. = 1:05-CV-278
LORIS D. MOREE,

                                        Plaintiff,

v.

A.W. CHESTERTON, et. al. (3M),

                                        Defendants.

---

CIVIL ACTION NO. = 1:05-CV-268
BILLY G. NORRIS,

                                        Plaintiff,

v.

A.W. CHESTERTON, et. al. (3M),

                                        Defendants.

| CIVIL ACTION NO. = 1:05-CV-387 |
|---|
| TERRY A. RAY, |
| Plaintiffs, |
| v. |
| A.W. CHESTERTON, et. al. (3M), |
| Defendants. |

| CIVIL ACTION NO. = 1:06 CV 00168 |
|---|
| GEORGE F. REID, and spouse, JOYCE REID, |
| Plaintiffs, |
| v. |
| A.W. CHESTERTON, et. al. (3M), |
| Defendants. |

| CIVIL ACTION NO. = 1:03-CV-278 |
|---|
| THOMAS ROBINSON, and spouse, AGNES ROBINSON, |
| Plaintiffs, |
| v. |
| A.W. CHESTERTON, et. al. (3M), |
| Defendants. |

| CIVIL ACTION NO. = 1:05-CV-284 |
|---|
| JAMES R. SCOTT, and spouse, CARRIE SCOTT, |
| Plaintiffs, |
| v. |
| A.W. CHESTERTON, et. al. (3M), |
| Defendants. |

| |
|---|
| CIVIL ACTION NO. = 1:05-CV-364<br>BOBBY A. SHAVER,<br><br>                              Plaintiff,<br><br>v.<br><br>A.W. CHESTERTON, et. al. (3M),<br><br>                              Defendants. |
| CIVIL ACTION NO. = 1:06-CV-47<br>JERRY W. SHUFORD and Spouse,<br>OPHELIA SHUFORD,<br><br>                              Plaintiffs,<br><br>v.<br><br>A.W. CHESTERTON, et. al. (3M),<br><br>                              Defendants. |
| CIVIL ACTION NO. = 1:06-CV-46<br>SMITH, KENNETH E. AND<br>JACQUELINE,<br><br>                              Plaintiffs,<br><br>v.<br><br>A.W. CHESTERTON, et. al. (3M),<br><br>                              Defendants. |
| CIVIL ACTION NO. = 1:05-CV-301<br><br>PATRICK K. SMITH, and spouse,<br>PATRICIA G. SMITH,<br><br>                              Plaintiffs,<br><br>v.<br><br>A.W. CHESTERTON, et. al. (3M),<br><br>                              Defendants. |
| CIVIL ACTION NO. = 1:06 CV 000140<br><br>SPARKS, HOMER H. and Spouse,<br>CAROLYN SPARKS,<br><br>                              Plaintiffs,<br><br>v.<br><br>A.W. CHESTERTON, et. al. (3M), |

|  |
|---|
| Defendants. |
| CIVIL ACTION NO. = 1:03-CV-252 |
| RONALD E. SPLAWN and spouse, SHELBA M. SPLAWN, |
| Plaintiffs, |
| v. |
| A.W. CHESTERTON, et. al. (3M), |
| Defendants. |
| CIVIL ACTION NO. = 3:99-CV-295 |
| FRED T. BALLARD |
| VASS A. BARBOUR, and Spouse, JULIE P. BARBOUR |
| GARY G. BLACK and Spouse, DENISE M. BLACK |
| GARY L. BROWN |
| SHIRLEY B. CLARK |
| LESLIE E. COBLE |
| BARNEY W. CRADDOCK |
| RONALD T. DICKINSON |
| BOYD M. FRANKLIN |
| JOE W. GRICE |
| FAYE V. HOGLEN |
| JAMES M. JONES |
| TOMMY G. KIMBRELL |
| JAMES E. LANIER |
| RICHARD H. LEACH |
| JAMES P. MAHON and Spouse LETTIE K. MAHON |
| PAUL C. MCCRAW |
| ERROLL NAVEY |
| FRANCES M. NAYLOR |
| RACHAEL H. OAKS |
| ROGER D. PAIGE |

JOHN A. PEELER

JERRY E. REID

KENNETH R. RUSHING

EDWARD J. SLAUGHTER

LARRY SPLAWN

CARLOS F. STALLINGS and Spouse
CAROLYN STALLINGS,

       Plaintiff,

v.

A.W. CHESTERTON, et. al. (3M),

       Defendants.

CIVIL ACTION NO. = 1:06-CV-36

GARY L. SWEET, and Spouse, EDNA SWEET,

       Plaintiffs,

v.

A.W. CHESTERTON, et. al. (3M),

       Defendants.

CIVIL ACTION NO. = 1:05-CV-360

JOHN A. TIBBS, and Spouse, MARGARET TIBBS,

       Plaintiffs,

v.

A.W. CHESTERTON, et. al. (3M),

       Defendants.

CIVIL ACTION NO. = 1:06 CV 00159

ROBERT L. TOMIES,

       Plaintiff,

v.

A.W. CHESTERTON, et. al. (3M),

       Defendants.

CIVIL ACTION NO. = 3:99-CV-153-T

WILLIAM CAULDWELL HILL, SR.,

                                             Plaintiff,

v.

A.W. CHESTERTON, et. al. (3M),

                                             Defendants.

CIVIL ACTION NO. = 1:04-CV-0272

KERMIT D. BARLEY

WILLIAM C. BURGESS, JR.

ALVIN B. CLARK

EDDIE T. CLARK

CURTIS D. EVANS

BOYD GALLIMORE

TONY M. LINTHICUM

EDWARD C. MESHAW

WILLIAM E. OTT,

                                             Plaintiffs,

v.

A.W. CHESTERTON, et. al. (3M),

                                             Defendants.

**IT IS HEREBY ORDERED AND ADJUDGED** that all claims against defendant 3M Company a/k/a Minnesota Mining & Manufacturing Company are dismissed with prejudice.

DONE AND ORDERED, THIS THE 8th DAY OF January, 2007.

                                             JAMES T. GILES, J.